```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 26137
   DANNA L BILES
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-5735

-----------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 09/14/2005 and was confirmed 12/29/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  19.00%.

     The case was converted to chapter 7 after confirmation 08/11/2008.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT       INTEREST      PRINCIPAL
                                                               PAID          PAID
-----------------------------------------------------------------------------
ALLAN J DEMARS             ADMINISTRATIV    2500.00              .00        2500.00
WORLD FINANCIAL NETWORK    UNSECURED        3713.34              .00          41.74
HARLEM FURNITURE           UNSECURED       NOT FILED             .00            .00
HOMEMAKERS                 SECURED           200.00              .00            .00
HOMEMAKERS                 UNSECURED       NOT FILED             .00            .00
WELLS FARGO BANK NA        CURRENT MORTG        .00              .00            .00
BAKER MILLER MARKOFF & K   NOTICE ONLY     NOT FILED             .00            .00
CARSON PIRIE SCOTT         UNSECURED       NOT FILED             .00            .00
CBUSA SEARS                UNSECURED       NOT FILED             .00            .00
CHRYSLER FINANCIAL         UNSECURED       NOT FILED             .00            .00
CITIBANK                   UNSECURED       NOT FILED             .00            .00
DISCOVER FINANCIAL SERVI   UNSECURED        9698.11              .00         109.01
NICOR GAS                  UNSECURED         484.24              .00            .00
SM SERVICING               UNSECURED       NOT FILED             .00            .00
ECAST SETTLEMENT CORP      UNSECURED        1253.86              .00            .00
WELLS FARGO BANK NA        MORTGAGE ARRE    2394.36              .00        2394.36
LEGAL HELPERS PC           DEBTOR ATTY          .00                             .00
TOM VAUGHN                 TRUSTEE                                           316.27
DEBTOR REFUND              REFUND                                            238.62

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                      RECEIPTS               DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE              5,600.00

PRIORITY                                            .00
SECURED                                        2,394.36
UNSECURED                                        150.75
ADMINISTRATIVE                                 2,500.00
TRUSTEE COMPENSATION                             316.27
DEBTOR REFUND                                    238.62

               PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 26137 DANNA L BILES
```

```
                                  ---------------      ---------------
TOTALS                                   5,600.00             5,600.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 11/20/08                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```

```
                        PAGE   2
     CASE NO. 05 B 26137 DANNA L BILES
```